MARGUERITE FROHMAN, Respondent, v. JAMES A. MAY, Appellant.—
Order affirmed, with ten dollars costs and disbursements. No opinion.
Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

GIUSEPPE GALBO, Respondent, v. GIUSEPPINA GALBO, Appellant.—
Order denying defendant's motion to change place of trial affirmed, without
costs. Two judges at Special Term have decided that plaintiff was a resi-
dent of Westchester county at the date of the commencement of the action.
The retention of the venue in that county necessarily places upon the defend-
ant the burden and expense of bringing her witnesses to White Plains for
the trial. This expense must be borne by plaintiff, as was conceded on the
argument of this appeal. Jenks, P. J., Mills, Putnam, Kelly and Jaycox,
JJ., concur. Settle order before the presiding justice.

LOUISE HEATHCOTE, Respondent, v. WILLIAM H. LOHMAN, Appellant.—
Judgment unanimously affirmed, with costs. No opinion. Present —
Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

AUGUSTA A. HIGGINS, Respondent, v. ALBERT SAMISCH, Appellant,
Impleaded with MELVILLE HAYMAN, Defendant.— The broad denial in her
complaint of the truth of the matters stated in the alleged libel did not
prevent plaintiff as the wife of David H. Higgins from availing herself of the
statutory right to allege generally that the libel was written and published
of and concerning the plaintiff (Code Civ. Proc. § 535), also that plaintiff
is 'one of the persons therein intended to be referred to. The order over-
ruling defendants' demurrer is, therefore, affirmed, with ten dollars costs
and disbursements. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.,
concur.

In the Matter of Proceedings Supplementary to Execution. THE VOGUE
COMPANY, Respondent, v. EMILE FORQUIGNON, INC., Appellant.— Order
affirmed, with ten dollars costs and disbursements. No opinion. Jenks,
P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

JOHN F. KLINGLER, as Administrator, etc., of JOHN H. KLINGLER, Deceased,
Respondent, v. ISAAC COHN, Appellant.— Order affirmed, with ten dollars
costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam
and Kelly, JJ., concur.

JAMES W. LEES, as Administrator, etc., of MARY REEDER LEES, Deceased,
Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.
— Judgment and order unanimously affirmed, with costs. No opinion.
Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

SYGMUNT LIPOWSKI and MAX MOSER, Copartners, etc., Appellants, v.
HEFTER & CO., INC., Respondent.— Order unanimously affirmed, with
costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and
Jaycox, JJ.